**118**

DEPARTMENT OF ECONOMIC SECURI-
TY, Commonwealth of Kentucky, on Be-
half of Sandra Kay HENDRICKS, Appel-
lant,

v.

Robert Lee JONES, Appellee.

Court of Appeals of Kentucky.

May 31, 1974.

Ann T. Hunsaker, Department of Eco-
nomic Security, David A. Nunery, Depart-
ment of Human Resources, Frankfort, for
appellant.

Denver Adams, Hyden, for appellee.

Memorandum Opinion of the Court by
Justice STEINFELD, Reversing.*

TROJAN, INC. and American Mutual Lia-
bility Insurance Co., Appellants,

v.

Rose MYNHIER et al., Appellees.

Court of Appeals of Kentucky.

May 31, 1974.

Lionel A. Hawse, W. R. Patterson, Jr.,
Landrum, Patterson & Dickey, Lexington,
for appellants.

Julian R. Gabbard, Lexington, Thomas
L. Ferreri, Robert D. Hawkins, Depart-
ment of Labor, Frankfort, for appellees.

Memorandum Opinion of the Court by
Justice PALMORE, Affirming.*

Terry Ann HARNEY, Appellant,

v.

Marvin D. HARNEY, Appellee.

Court of Appeals of Kentucky.

May 31, 1974.

John Swinford, Swinford & Sims, Cyn-
thiana, for appellant.

G. L. Tucker, Cynthiana, for appellee.

Memorandum Opinion PER CURIAM,
Affirming.*

Ford SPURLOCK, Jr., Appellant,

v.

COMMONWEALTH of Kentucky,
Appellee.

Court of Appeals of Kentucky.

May 31, 1974.

Anthony M. Wilhoit, Public Defender,
Anna H. Isaacs, Asst. Public Defender,
Frankfort, for appellant.

Ed W. Hancock, Atty. Gen., Robert W.
Riley, Asst. Atty. Gen., Frankfort, for ap-
pellee.

Memorandum Opinion of the Court by
Commissioner Gardner, Reversing.*

* Opinion ordered not to be published.